**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| REYN PHARMA, LLC | ) | Case No. 5:16-cv-00476-JMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| INNOVATIVE NUTRITION, et al, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants, Innovative Nutrition and Steuben Park Research Corporation, having filed a Counterclaim seeking declaratory relief, and Plaintiffs/Counterclaim Defendant, Reyn Pharma, LLC, having moved for dismissal of Defendants' Counterclaim for failure to state a claim upon which relief may be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6), and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the Defendants' motion is GRANTED, and Defendants' Counterclaim is hereby DISMISSED.

**IT IS SO ORDERED.**

TENDERED BY:

/s/ Trevor W. Wells____________

Trevor W. Wells
Andrew R. Smith
MILLER WELLS, PLLC
300 E. Main Street, Suite 360
Lexington, Kentucky 40507
T: 859-281-0077
F: 859-957-1889
twells@millerwells.com
asmith@millerwells.com

*Counsel for Plaintiff and Counterclaim Defendant*